UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:22-cv-00414-MMH-LLL

JOHN DOE,
an individual,

    Plaintiff,

v.

PREDATOR CATCHERS, INC.,
a foreign corporation and
ERIC SCHMUTTE, an individual,

    Defendants.
_____/

## DECLARATION OF JOHN DOE

John Doe, pursuant to the provisions of 28 U.S.C. § 1746, makes this declaration in support of Plaintiff's Motion to Proceed Anonymously. John Doe in this cause, first being duly sworn, deposes and says:

1. As of this date, I am thirty-nine (39) years of age and a resident of Duval County, Florida. I make this Affidavit on matters personally known to me.

2. I have an undergraduate degree and an MBA.

3. I am employed as the senior Project Director for a research and testing company in the automotive industry.

4. I have never been arrested nor charged with any criminal offense.

5. This Affiant caused the Complaint to be filed in this matter on April 12, 2022. Defendants Predator Catchers, Inc. and Eric Schmutte are in the process of being served by the Marion County (Indiana) Sheriff's Department.

6. The allegations of paragraphs 16 through 54 are true and correct.

7. The claims for damages set forth in each of the separate counts in the Complaint are true and correct.

8. Following the posting of the recording and the photograph of Plaintiff with the caption "He said he was 38. The decoy was 13," numerous responses to such postings have appeared on internet sites suggesting that violence should be committed against Plaintiff. A sample of such threatening postings is attached hereto.

9. I am aware of various news and journal publications of assaults and murders of registered sex offenders by those who feel that such persons should be dealt with in the harshest of manners. Although I am in no way a sexual offender, I am falsely cast as such by the actions of Defendants. In this age of unbridled violence, I am fearful that the postings by Defendants will inspire someone to commit violence against me.

10. If I am required to proceed with my real name, I would be required to disclose intimate information consisting of not only of my name but also my address, place of employment and the potential identification of family and friends.

11. As a result of my fear for my safety, this action should proceed anonymously to ensure my safety and that of potential innocent bystanders.

I declare under penalty of perjury that the foregoing is true and correct.

2

By: *John Doe*
John Doe

/13312/1#47193800 v1