UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN DOE,

    Plaintiff,

v.                                        Case No. 3:22-cv-414-MMH-LLL

PREDATOR CATCHERS, INC.
and ERIC SCHMUTTE,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court on the Case Management Report (Dkt. No. 39; CMR) filed by the parties on October 19, 2022. On April 14, 2022, this Court entered a notice advising the parties of Local Rule 3.02(a)(2), which requires the parties to file a case management report using the uniform form found on this Court's website and sets forth the deadline for filing the report. See Notice (Dkt. No. 3). When the parties failed to file a case management report, on October 5, 2022, this Court entered an order directing the parties to show cause why this case should not be dismissed or sanctions imposed due to their failure to file a case management report. See Order to Show Cause (Dkt. No. 36). In the Order to Show Cause, the parties were reminded that they must utilize the uniform case management report form. See id. However,

upon review of the CMR, it appears that the parties failed to utilize the form required by the Court. Accordingly, it is

**ORDERED:**

The Case Management Report (Dkt. No. 39) is **STRICKEN**. The parties are directed to file an Amended Case Management Report on the uniform case management report form required by this Court no later than **November 3, 2022**.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of October, 2022.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record