## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JOHN DOE,

    Plaintiff,

v.                                        Case No. 3:22-cv-414-MMH-LLL

PREDATOR CATCHERS, INC.
and ERIC SCHMUTTE,

    Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court sua sponte. On August 23, 2023, Defendants filed an answer to Plaintiff's Amended Complaint (Doc. 69; Amended Complaint). See Defendants' Answer and Affirmative Defenses (Doc. 72; Answer). Upon review, the Court finds that the Answer is due to be stricken for failure to comply with the Federal Rules of Civil Procedure (Rule(s)). Under Rule 7, pleadings, such as answers, are distinct from motions that request a court order. See Rule 7. Although Defendants styled their filing as an answer, the document appears to combine a pleading and a motion. See generally Answer. In all pleadings, "[e]ach allegation must be simple, concise, and direct." Rule 8(d)(1). In a responsive pleading, a party must "state in short and plain terms its defenses to each claim asserted against it," and the party needs only

to "affirmatively state" an affirmative defense. Rule 8(b)(1)(A), (c)(1). In addition, Rule 10 requires that, in a pleading, "[a] party must state its claims or defenses in numbered paragraphs, each limited as far as practicable to a single set of circumstances." Rule 10(b). Here, Defendants have not stated their defenses in short and plain terms. Rather, Defendants have included a nineteen-page-long memorandum of law and asked the Court to dismiss the Amended Complaint. See Answer at 7–25. Moreover, Defendants have failed to state their claims or defenses in numbered paragraphs as required by Rule 10. Therefore, the Court will strike the Answer. Accordingly, it is

**ORDERED:**

1. Defendants' Answer and Affirmative Defenses (Doc. 72) is **STRICKEN**.

2. Defendants shall have up to and including **September 5, 2023**, to file a proper motion to dismiss or answer in response to Plaintiff's Amended Complaint.

**DONE AND ORDERED** in Jacksonville, Florida, on August 24, 2023.

*MARCIA MORALES HOWARD*
MARCIA MORALES HOWARD
United States District Judge

lc30
Copies to:

Counsel of Record