UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN DOE, an individual        CASE NO. 3:22-cv-00414-MMH-LLL

    Plaintiff,

v.

PREDATOR CATCHERS, INC.,
a foreign corporation and
ERIC SCHMUTTE, an individual,

    Defendants.
_____/

## PLAINTIFF'S MOTION TO AMEND
## AMENDED COMPLAINT TO DISMISS COUNT V

Plaintiff, John Doe, through undersigned counsel, and pursuant to Rule 15, Federal Rules of Civil Procedure, respectfully moves this Court for leave to amend Plaintiff's Amended Complaint to drop Count V, entitled Civil Remedy for Cyber Crime. In support of this motion, Plaintiff represents that he does not intend to proceed with the claims asserted in Count V and no party will be prejudiced by the granting of this motion and dismissing Count V.

## MEMORANDUM OF LAW

In *Perry v. Schumacher Group of Louisiana*, 2018 WL 2473721 (11th Cir. June 4, 2018), the Eleventh Circuit held that dismissing a particular claim as opposed to an entire action should be accomplished by amendment under Rule 15.

Rule 15(a)(2) provides that except for amending as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice requires."

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves this Court for leave to amend its Amended Complaint by dismissing Count V.

### RULE 3.01 CERTIFICATION

Counsel for Plaintiff has conferred with counsel for Defendants who opposes this motion.

Respectfully submitted this 19th day of January, 2024.

GRAYROBINSON, P.A.

By: /s/ S. Grier Wells
S. Grier Wells, Esq.
Florida Bar No. 203238
50 N. Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone: (904) 598-9929
grier.wells@gray-robinson.com
barbara.rude@gray-robinson.com
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Brandon C. Meadows, Esq. and Theresa Carli Pontieri, Esq., Attorneys for Defendants.

/s/ S. Grier Wells, Esq.
Attorney

/13312/1#52589435 v1

2