United States District Court
Middle District of Florida
Jacksonville Division

**JOHN DOE,**

    Plaintiff,

v.                                      No. 3:22-cv-414-MMH-LLL

**PREDATOR CATCHERS, INC.**
**AND ERIC SCHMUTTE,**

    Defendants.

_____

## Order

Before the Court is Plaintiff's Motion to Add Newly Discovered Witness, in which plaintiff moves to list an additional trial witness. Doc. 107 at 1. The parties are advised that a hearing will be held regarding the motion on **Thursday June 6, 2024, at 10:00 a.m. in Courtroom 5D of the Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida**. Lead counsel for all parties shall personally appear.[1]

**Ordered** in Jacksonville, Florida, on May 30, 2024.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

---

[1] The parties are reminded that photo identification is required to enter the United States Courthouse. Cellular telephones and laptop computers are generally prohibited in the Courthouse. Only certain individuals may bring personal electronic devices into the United States Courthouse. *See* Local Rule 7.02, United States District Court, Middle District of Florida.

c:
Samuel Grier Wells, Esquire
Theresa Carli Pontieri, Esquire
Brandon Clark Meadows, Esquire