# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JOHN DOE,

    Plaintiff,

v.                                                       Case No. 3:22-cv-414-MMH-LLL

PREDATOR CATCHERS, INC.
and ERIC SCHMUTTE,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court <u>sua sponte</u>. In light of the procedural posture of this case and the number of criminal trials scheduled before the undersigned in the upcoming months, the Court finds it necessary and appropriate to continue the final pretrial conference and trial in this matter. Accordingly, it is

**ORDERED:**

The remaining case management deadlines are extended as follows:

| | |
|---|---|
| Joint Final Pretrial Statement | SEPTEMBER 16, 2024 |
| Final Pretrial Conference | SEPTEMBER 23, 2024<br>10:00 A.M. |

| | |
|---|---:|
| Trial Term Begins<br>[Trials Before Magistrate Judges Begin on Date Certain] | OCTOBER 7, 2024<br>9:00 A.M. |
| Estimated Length of Trial | 3 -4DAYS |
| Jury/Non-Jury | JURY |

**DONE AND ORDERED** in Jacksonville, Florida this 31st day of May, 2024.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record