United States District Court
Middle District of Florida
Jacksonville Division

**John Doe,**

    **Plaintiff,**

v.                                             **No. 3:22-cv-414-MMH-LLL**

**Predator Catchers, Inc.
and Eric Schmutte,**

    **Defendants.**

___

### Order Rescheduling Hearing

Before the Court is Defendants' Motion for Authorization to Use Communication Technology, doc. 113.[1] The Court previously scheduled a hearing for June 6, 2024, doc. 109. On May 31, 2024, the Court reset, among other deadlines, the final pretrial conference to September 23, 2024, at 10:00 a.m. Doc. 112.

It is **ordered**:

1. Defendants' Motion to Reschedule June 6, 2024 Hearing, doc. 114, is **denied as moot**.

2. Defendants' Motion for Authorization to Use Communication Technology, doc. 113, is **denied as moot**.

3. The hearing previously scheduled for June 6, 2024, is **rescheduled** as stated below.

---

[1] Defendants also moved to reschedule the June 6, 2024 hearing, doc. 114, but have since withdrawn the motion. Doc. 115.

4. The Court will hold a hearing regarding Plaintiffs' Motion to Add Newly Discovered Witness, doc. 107, Plaintiff's Motion for Sanctions Under Rule 37(e) for Defendants' Failure to Preserve Electronically Stored Information, doc. 108, and the respective responses on **June 25, 2024, at 11:00 a.m. in Courtroom 5D of the Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida**. Lead counsel for all parties shall personally appear.[2]

5. All other dates and deadlines shall remain in effect.

**Ordered** in Jacksonville, Florida, on June 3, 2024.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Samuel Grier Wells, Esquire
Theresa Carli Pontieri, Esquire
Brandon Clark Meadows, Esquire

---

[2] The parties are reminded that photo identification is required to enter the United States Courthouse. Cellular telephones and laptop computers are generally prohibited in the Courthouse. Only certain individuals may bring personal electronic devices into the United States Courthouse. *See* Local Rule 7.02, United States District Court, Middle District of Florida.