IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN DOE, an individual,

    Plaintiff,
v.                                          Case No.: 3:22-cv-00414-MMH-LLL

PREDATOR CATCHERS, INC.,
a foreign corporation and ERIC
SCHMUTTE, an individual,

    Defendants.
_____/

## DEFENDANTS' MOTION FOR ENTITLEMENT TO ATTORNEY'S FEES AND COSTS

**COME NOW**, Defendants, Predator Catchers, Inc. and Eric Schmutte (collectively "Defendants"), by and through the undersigned counsel, and hereby file this Motion for Entitlement to Attorney's Fees and Costs, and in support thereof, state as follows:

1. On August 28, 2024, this Court entered its Order on Defendants' Motion for Summary Judgment and Incorporated Memorandum of Law (the "Order"). (Doc. 125).

2. The Order grants Defendants' Motion for Summary Judgment and Incorporated Memorandum of Law as to Counts III (Intentional Infliction of

Emotional Distress) and V (Civil Remedy for Cyber Crime) of the Amended Complaint. (Doc. 125).

## Memorandum of Law

3. Rule 54(d)(1), Federal Rules of Civil Procedure, provides that "unless, a federal statute, these rules, or a court order provides otherwise, costs–other than attorney's fees–should be allowed to the prevailing party."

4. Further, Rule 54(d)(2)(A), Federal Rules of Civil Procedure, permits a court to award attorney's fees and related nontaxable expenses upon motion of a party, unless the substantive law requires those fees to be proved at trial as an element of damages.

5. Similarly, Local Rule 7.01(b) provides for an award of attorney's fees and expenses upon motion for entitlement by a party.

6. As set forth above, Defendants have prevailed on Counts III and V of the Amended Complaint, and Count V of the Amended Complaint seeks damages against Defendants pursuant to Section 815.06, Florida Statutes.

7. Section 815.06(5)(b), Florida Statutes, provides, "in an action brought under this subsection, the court may award reasonable attorney fees to the prevailing party." *Fla. Stat.* § 815.06(5)(b) (2021).

8. In awarding summary judgment on Count V in favor of Defendants, this Court states in its Order, "Doe presents no evidence that Schmutte or PCI have been criminally convicted under section 815.06. As such, Doe's civil claim necessarily fails. . . ."

9. Because Plaintiff failed to present any evidence of the required elements to establish a cause of action under Section 815.06, Florida Statutes, Defendants should be statutorily entitled to an award of their reasonable attorney's fees pursuant to the prevailing party attorney's fees section of said Statute.

10. As of the date of this Motion, the amount of attorney's fees incurred by Defendants is $80,552.17.

**WHEREFORE**, Defendants, Predator Catchers, Inc. and Eric Schmutte, respectfully request this Honorable Court enter an Order Granting Defendants' Entitlement to Attorney's Fees and Costs and granting Defendants any and all further relief that this Court deems just and proper under the circumstances.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned hereby certified that she has conferred with counsel for Plaintiff, on multiple occasions, and more specifically during the week of September 16, 2024, regarding the relief requested herein, however Plaintiff has an objection to the requested relief.

*Respectfully submitted,*

**JIMERSON BIRR, P.A.**

By: */s/ Theresa Carli Pontieri*
    Brandon C. Meadows
    Florida Bar No. 114246
    bmeadows@jimersonfirm.com
    Theresa Carli Pontieri
    Florida Bar No. 111403
    tpontieri@jimersonfirm.com
    One Independent Drive, Suite 1400
    Jacksonville, FL 32202
    Telephone: (904) 389-0050
    Facsimile: (904) 212-1269
    dorothyo@jimersonfirm.com
    michellem@jimersonfirm.com
    fileclerk@jimersonfirm.com
    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing document was electronically filed with the U.S. District Court on this 20th day of September, 2024, via CM/ECF and was served this day on all counsel and all parties entitled to notice via CM/ECF and/or U.S. Mail.

*/s/ Theresa Carli Pontieri*
              Attorney

4