United States District Court
Middle District of Florida
Jacksonville Division

JOHN DOE,

      Plaintiff,

v.                                  No. 3:22-cv-414-MMH-LLL

PREDATOR CATCHERS, INC. ET AL.,

      Defendants.

_____

## Clerk's Minutes

Proceeding:                  Settlement Conference

| Judge | Laura Lothman Lambert United States Magistrate Judge | Date and Time | 10/4/2024 10:05 a.m. – 1:13 p.m. |
|---|---|---|---|
| Deputy Clerk | Natasa Kojic | Tape/Reporter | Digital |
| Counsel for Plaintiff | Samuel Wells, Esquire | Counsel for Defendants | Theresa Pontieri, Esquire |

Defendant Eric Schmutte appeared telephonically.

Court recessed and allowed parties to continue negotiations until 5:00 p.m.

**Settlement conference/negotiations concluded– case settled**.